## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

**Linda J. Brumfield v. City of Chicago**                    **Case Number:    08 C 2024**

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY

#### City of Chicago

| | |
|---|---|
| **NAME** (Type or print) <br> **Robert Charles Rutherford, Jr.** | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br>     **s/Robert Rutherford** | |
| **FIRM** **City of Chicago, Corporation Counsel** | |
| **STREET ADDRESS** **30 N. LaSalle St., Suite 1020** | |
| **CITY/STATE/ZIP** **Chicago, IL 60602** | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06288564 | TELEPHONE NUMBER <br> 312-742-7036 |
|---|---|

| | |
|---|---|
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?**                    YES ☐        NO ■ |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?**        YES ☐        NO ■ |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?**            YES ☐        NO ■ |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**        YES ■ |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.** <br><br> **RETAINED COUNSEL** ☐        **APPOINTED COUNSEL** ☐ |