UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA J. BRUMFIELD | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2024 |
| v. | ) | |
| | ) | Judge Leinenweber |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Cox |
| Defendants. | ) | |
| | ) | JURY DEMANDED |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:   Elisabeth Shoenberger            Rima N. Kapitan
      Shoenberger Law Offices          Amal Law Group, LLC
      2036 W. Cuyler                   7804 College Drive, Suite 3N
      Chicago, IL 60618                Palos Heights, IL 60463

**PLEASE TAKE NOTICE** that on June 9, 2008, the City of Chicago, filed **Defendant City of Chicago's Agreed Motion for an Extension of Time to Answer or Otherwise Plead** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Harry D. Leinenweber, or before such other Judge or Magistrate Judge sitting in his stead, in courtroom 1941, located at 219 S. Dearborn Street, on **Thursday, June 12, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, and present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the persons named above at the addresses shown this 9th day of June, 2008.

                                        Respectfully submitted,
                                        MARA S. GEORGES
                                        Corporation Counsel of the
                                        City of Chicago

Employment Litigation
30 North LaSalle Street, Suite 1020     By:    s/ *Robert C. Rutherford, Jr.*
Chicago, Illinois 60602                        ROBERT C. RUTHERFORD, Jr.
(312) 742-7036                                 Assistant Corporation Counsel