UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA J. BRUMFIELD | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2024 |
| v. | ) | |
| | ) | Judge Leinenweber |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Cox |
| Defendant. | ) | |
| | ) | JURY DEMANDED |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:   Elisabeth Shoenberger          Rima N. Kapitan
      Shoenberger Law Offices        Amal Law Group, LLC
      2036 W. Cuyler                 7804 College Drive, Suite 3N
      Chicago, IL 60618              Palos Heights, IL 60463

**PLEASE TAKE NOTICE** that on July 9, 2008, the City of Chicago, filed **Defendant's Motion to Dismiss in Part Plaintiff's Complaint and to Stay Answer and Memorandum of Law in Support**, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, copies of which are herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Harry D. Leinenweber, or before such other Judge or Magistrate Judge sitting in his stead, in courtroom 1941, located at 219 S. Dearborn Street, on **Thursday, July 15, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, and present the attached motion.

I hereby certify that I have served this notice and the attached documents by electronic means to the persons named above at the addresses shown this 9th day of July, 2008.

                                    Respectfully submitted,
                                    MARA S. GEORGES
                                    Corporation Counsel of the
                                    City of Chicago

30 North LaSalle Street, Suite 1020    By:   s/ *Robert C. Rutherford, Jr.*
Chicago, Illinois 60602                      ROBERT C. RUTHERFORD, Jr.
(312) 742-7036                               Assistant Corporation Counsel