UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA J. BRUMFIELD | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2024 |
| v. | ) | |
| | ) | Judge Leinenweber |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Cox |
| Defendant. | ) | |
| | ) | JURY DEMANDED |

### AMENDED NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:  Elisabeth Shoenberger          Rima N. Kapitan
     Shoenberger Law Offices        Amal Law Group, LLC
     2036 W. Cuyler                 7804 College Drive, Suite 3N
     Chicago, IL 60618              Palos Heights, IL 60463

**PLEASE TAKE NOTICE** that on July 9, 2008, the City of Chicago, filed **Defendant's Motion to Dismiss in Part Plaintiff's Complaint and to Stay Answer and Memorandum of Law in Support**, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, copies of which are herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Harry D. Leinenweber, or before such other Judge or Magistrate Judge sitting in his stead, in courtroom 1941, located at 219 S. Dearborn Street, on **Tuesday, July 15, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, and present the attached motion.

I hereby certify that I have served this notice by electronic means to the persons named above at the addresses shown this 10th day of July, 2008.

                                        Respectfully submitted,
                                        MARA S. GEORGES
                                        Corporation Counsel of the
                                        City of Chicago

30 North LaSalle Street, Suite 1020    By:  s/ *Robert C. Rutherford, Jr.*
Chicago, Illinois 60602                     ROBERT C. RUTHERFORD, Jr.
(312) 742-7036                              Assistant Corporation Counsel