IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LINDA J. BRUMFIELD,** | ) | 08 C 2024 |
| **Plaintiff,** | ) | |
| | ) | Judge Leinenweber |
| v. | ) | |
| | ) | Magistrate Judge Cox |
| **CITY OF CHICAGO,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on Thursday, August 7, 2008 at 9:30 a.m., I shall appear before Judge Blanche Leinenweber in Room 1941 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THE CITY'S MOTION TO DISMISS,** a copy of which is hereby served upon you.

Dated: August 4, 2008

                                                MARA S. GEORGES
                                              CORPORATION COUNSEL
                                              CITY OF CHICAGO

                                    BY:    **/s/ Marcela D. Sánchez**
                                              MARCELA D. SÁNCHEZ
                                              Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332

## CERTIFICATE OF SERVICE

        Marcela D. Sánchez, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Motion** and **DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THE CITY'S MOTION TO DISMISS,** to be served electronically upon all represented parties via the CM/ECF system this 4th day of August, 2008.

                                                                       **/s/ Marcela D. Sánchez**