**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LINDA J. BRUMFIELD, | ) | 08 C 2024 |
| Plaintiff, | ) | |
| | ) | **Judge Leinenweber** |
| v. | ) | |
| | ) | **Magistrate Judge Cox** |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

**TO**:  Rima Kapitan, Esq.               Elisabeth Shoenberger
       Amal Law Group, LLC           Shoenberger Law Offices
       7804 College Drive, Suite 3N   2036 W. Cuyler
       Palos Heights, Illinois 60463   Chicago, Illinois 60618
       Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on August 8, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS IN PART PLAINTIFF'S COMPLAINT,** a copy of which is hereby served upon you.


Dated: August 8, 2008                    MARA S. GEORGES
                                        CORPORATION COUNSEL
                                        CITY OF CHICAGO

                              BY:   **/s/ Marcela D. Sánchez**
                                   MARCELA D. SÁNCHEZ
                                   Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332

### CERTIFICATE OF SERVICE

Marcela D. Sánchez, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Filing** and **DEFENDANT CITY OF CHICAGO'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS IN PART PLAINTIFF'S COMPLAINT,** to be served electronically upon all represented parties via the CM/ECF system this 8th day of August, 2008.


**/s/ Marcela D. Sánchez**