## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2024 | **DATE** | September 4, 2008 |
| **CASE TITLE** | Linda J. Brumfield vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: The Defendant's Motion to Dismiss in Part Plaintiff's Complaint and Stay Answer is Granted in Part and Denied in Part. Status hearing set for 9/26/2008 at 9:00 a.m.

■ [ For further detail see separate order(s).]             Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|